IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD BUCKMAN, Individually and on behalf of all others,

       Plaintiff,

vs.

AMERICAN OIL & GAS INC.,, *et al.*,

       Defendants.
_____/

3:10-cv-00513-HDM-VPC

ORDER

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

    Dated this 23rd day of August, 2010.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE