THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA (Nevada Bar No. 837)
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV  89501
Telephone:  775/323-1321
775/323-4082 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BUCKMAN, Individually and on Behalf of All Others Similarly Situated, </br></br>Plaintiff,</br></br>vs.</br></br>AMERICAN OIL & GAS INC., et al.,</br></br>Defendants. | Case No. 3:10-cv-00513-RCJ-VPC </br></br></br>**NOTICE OF DISMISSAL** |

580921_1

Pursuant to Nevada Rules of Court - Federal 41(a)(1)(i), and with no answer, nor motion for summary judgment having been served by any adverse party, the above-entitled matter is hereby dismissed with prejudice.

DATED:  February 28, 2011           Respectfully submitted,

                                    THE O'MARA LAW FIRM, P.C.
                                    WILLIAM M. O'MARA
                                    DAVID C. O'MARA


                                          /s/ David C. O'Mara
                                    DAVID C. O'MARA

                                    311 East Liberty Street
                                    Reno, NV  89501
                                    Telephone:  775/323-1321
                                    775/323-4082 (fax)

                                    ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                    DARREN J. ROBBINS
                                    RANDALL J. BARON
                                    A. RICK ATWOOD, JR.
                                    DAVID T. WISSBROECKER
                                    DAVID A. KNOTTS
                                    EUN JIN LEE
                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101-3301
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    KENDALL LAW GROUP, LLP
                                    JOE KENDALL
                                    SCOTT KENDALL
                                    3232 McKinney Avenue, Suite 700
                                    Dallas, TX  75204
                                    Telephone:  214/744-3000
                                    214/744-3015 (fax)

                                    Attorneys for Plaintiff

- 1 -

580921_1

## CERTIFICATE OF SERVICE

I, Adrian M. Weis, hereby certify that I am an employee of The O'Mara Law Firm, P.C., and further certify that the Plaintiff's Reply Brief in Support of Motion to Remand was electronically filed and served upon all parties by electronic means through the Court's ECF system on February 28, 2011.

DATED:  February 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　/s/Adrian M. Weis
　　　　　　　　　　　　　　　　　　　　　　　ADRIAN M. WEIS